

# United States District Court
# Eastern District of California

| LOUISE HUDIS, on behalf of herself, and all others similarly situated, | Case Number: 1:25-cv-01357-JLT-CDB |
|---|---|

Plaintiff(s)

V.

| QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; QUINCY BIOSCIENCE, LLC, a limited liability company; PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS; QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN INC., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, CHARLES E. SCHAFFER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: PLAINTIFF LOUISE HUDIS

On 11/27/1995 (date), I was admitted to practice and presently in good standing in the STATE OF PENNSYLVANIA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and

Date of Application: 03/27/2025    Application Granted on 03/27/2025

Date: 11/11/2025    Signature of Applicant: /s/ Charles E. Schaffer

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | CHARLES E. SCHAFFER |
| Law Firm Name: | LEVIN SEDRAN & BERMAN, LLP |
| Address: | 510 WALNUT ST |
| | SUITE 500 |
| City: | PHILADELPHIA   State: PA   Zip: 19106 |
| Phone Number w/Area Code: | (215) 592-1500 |
| City and State of Residence: | GWYNEDD VALLEY, PA |
| Primary E-mail Address: | CSCHAFFER@LFSBLAW.COM |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thom E. Smith |
| Law Firm Name: | AUDET & PARTNERS, LLP |
| Address: | 711 VAN NESS AVE |
| | SUITE 500 |
| City: | SAN FRANCISCO   State: CA   Zip: 94102-3275 |
| Phone Number w/Area Code: | (415) 568-2555   Bar #: 203362 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 13, 2025

U.S. Magistrate Judge Christopher D. Baker