

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LOUISE HUDIS,

          Plaintiff,

    v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC., *et al.*,

          Defendants.

Case No. 1:25-cv-01357-JLT-CDB

ORDER ON STIPULATION EXTENDING
TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS

(Doc. 16)

ORDER CONTINUING HEARING ON
DEFENDANTS' MOTION TO DISMISS

On October 13, 2025, Louise Hudis ("Plaintiff") initiated this action with the filing of a complaint, on behalf of herself and a putative class, against Quincy Bioscience Holding Company, Inc., Quincy Bioscience Manufacturing, LLC, Quincy Bioscience, LLC, Prevagen, Inc., and Mark Underwood (collectively, "Defendants"). (Doc. 1). On November 13, 2025, Plaintiff filed the first amended complaint. (Doc. 6). On February 9, 2026, Defendants filed the pending motion to dismiss, with the hearing on the motion set for April 10, 2026. (Doc. 13).

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to respond to the motion to dismiss to March 13, 2026, and extend Defendants' deadline to file a reply to April 2, 2026. (Doc. 16).

///

///

**Conclusion and Order**

In light of the stipulation and good cause appearing therein, IT IS HEREBY ORDERED that:

1.    Plaintiff SHALL file the response to Defendants' motion to dismiss (Doc. 13) no later than March 13, 2026;

2.    Defendants SHALL file any reply no later than April 2, 2026; and

3.    The hearing on Defendants' motion to dismiss is CONTINUED to April 23, 2026, at 09:00 a.m. in Fresno (JLT) before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:    **February 17, 2026**    _____

UNITED STATES MAGISTRATE JUDGE

2