UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE HUDIS, | Case No. 1:25-cv-01357-JLT-CDB |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE APPLICATION OF STEWART M. WELTMAN TO PRACTICE *PRO HAC VICE* |
| v. | |
| QUINCY BIOSCIENCE HOLDING COMPANY, INC., *et al.*, | (Doc. 18) |
| Defendants. | |

The Court has reviewed and considered the application of Stewart M. Weltman, attorney for Plaintiff Louise Hudis, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 18). Although Attorney Weltman's application was submitted with a certificate of good standing, the certificate is dated January 27, 2020 – more than six years prior to the date the application was filed. (Doc. 18-1).

Accordingly, IT IS HEREBY ORDERED that Attorney Weltman's application to appear *pro hac vice* is DENIED without prejudice subject to resubmittal with an attached certificate of good standing dated within the current year.

IT IS SO ORDERED.

Dated:   **February 25, 2026**   _____

UNITED STATES MAGISTRATE JUDGE