

United States District Court
Eastern District of California

| Louise Hudis | Case Number: | 1:25-cv-01357-JLT-CDB |
|---|---|---|

Plaintiff(s)

V.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC., a corporation; QUINCY
BIOSCIENCE, LLC, a limited liability
company; PREVAGEN, INC., a corporation
d/b/a SUGAR RIVER SUPPLEMENTS;
QUINCY BIOSCIENCE MANUFACTURING,
LLC, a limited liability company; MARK
UNDERWOOD, individually and as an officer
of QUINCY BIOSCIENCE HOLDING
COMPANY, INC., QUINCY BIOSCIENCE,
LLC, and PREVAGEN INC.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Stewart M. Weltman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff - Louise Hudis

On ___11/11/1978___ (date), I was admitted to practice and presently in good standing in the

___Ilinois Supreme Court___ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ___2/24/26___    Signature of Applicant: /s/ ___Stewart M. Weltman ss___

U.S. District Court – Pro Hac Vice Application    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Stewart M. Weltman

Law Firm Name: Hart McLaughlin & Eldridge

Address: 1 South Dearborn Suite 1400

City: Chicago    State: Illinois    Zip: 60603

Phone Number w/Area Code: (312) 504-1988

City and State of Residence: Baroda, Michigan 49101

Primary E-mail Address: sweltman@hmelegal.com

Secondary E-mail Address: smweltman@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Thom E. Smith

Law Firm Name: Audet & Partners, LLP

Address: 711 Van Ness Avenue

Suite 500

City: San Francisco    State: CA    Zip: 94102

Phone Number w/Area Code: (415) 568-2555    Bar # 203362

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    February 26, 2026    _____
U.S. Magistrate Judge Christopher D. Baker